[Nos. 8997–8–I; 8998–6–I.   Division One.   August 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY
AKRIDGE, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 79–1–01494–6, 86681, Frank J. Eberharter, J.,

entered June 26, 1980. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Durham, JJ.